UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| Wynnette L. Witherspoon, | ) | Case No. 17 B 05752 |
| | ) | |
| Debtor(s). | ) | |

**CERTIFICATE OF SERVICE RE NOTICE OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION**

I, Phillip D. Levey, an attorney, certify, that on January 1, 2018, I served the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object on the persons/entities listed on the accompanying Service List by either depositing the same in the U.S. Mail in envelopes, with proper postage prepaid, or via CM/ECF.

*/s/ Phillip D. Levey*

Phillip D. Levey
2722 North Racine Avenue
Chicago, IL 60614
773-348-9682

## SERVICE LIST

### VIA CM/ECF

Office Of U.S. Trustee - USTPRegion11.ES.ECF@usdoj.gov

Kenny Olatunji, Attorney for Wynnette L. Witherspoon - mkolatunji@gmail.com

### VIA U.S. MAIL

Wynnette L. Witherspoon
7526 South Prairie Ave.
Chicago, IL  60619

American Express
c/o Becket & Lee LLP
P.O. Box 3001
Malvern, PA 19355

BMW Financial Services NA, LLC
P.O. Box 165028
Irving, TX 75016

Sallie Mae
P.O. Box 3319
Wilmington, DE 19804