# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
### DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| WITHERSPOON, WYNNETTE L | § | Case No. 17-05752 |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Phillip D. Levey, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned:                            Assets Exempt:
*(Without deducting any secured claims)*

Total Distributions to Claimants:            Claims Discharged
                                             Without Payment:

Total Expenses of Administration:

3) Total gross receipts of $               (see **Exhibit 1**), minus funds paid to the debtor and third parties of $          (see **Exhibit 2**), yielded net receipts of $               from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

4) This case was originally filed under chapter    on            . The case was pending for    months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/Phillip D. Levey _____
                                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| WYNNETTE L WITHERSPOON |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Ocwen Loan Servicing LLC POBOX 24738 West Plam Beach, FL 33416-4738 |  |  |  |  |  |
|  | PNC P OBOX 1820 Dayton, OH 45401-1820 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Wells Fargo POBOX 14411 Des Moines, IA 50306-3411 | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| LEVEY, PHILLIP D. | | | | | |
| LEVEY, PHILLIP D. | | | | | |
| LEVEY, PHILLIP D. | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Sallie Mae B POBOX 3229 Wilmington, DE 19804 | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Alphera Fin Servs POBOX 78103 Phoneix, AZ 85062-8103 | | | | | |
| | American Express POBOX 981537 EL PASO, TX 79998 | | | | | |
| | American Express Zwicker & Associates, P.C 7366 N. Lincoln Ave Ste 1 Lincolnwood, IL 60712 | | | | | |
| 000001 | BMW FINANCIAL SERVICES NA, LLC | | | | | |
| 000002 | SALLIE MAE | | | | | |
| 000003 | SALLIE MAE | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000004 | SALLIE MAE | | | | | |
| 000005 | SALLIE MAE | | | | | |
| 000006 | AMERICAN EXPRESS CENTURION BANK | | | | | |
| | AMERICAN EXPRESS CENTURION BANK | | | | | |
| | BMW FINANCIAL SERVICES NA, LLC | | | | | |
| | WITHERSPOON, WYNNETTE L | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page:    1

Exhibit 8

| Case No: | 17-05752    TAB   Judge: TIMOTHY A. BARNES |
|---|---|
| Case Name: | WITHERSPOON, WYNNETTE L |

For Period Ending:  03/18/18

| Trustee Name: | Phillip D. Levey |
|---|---|
| Date Filed (f) or Converted (c): | 02/28/17 (f) |
| 341(a) Meeting Date: | 04/03/17 |
| Claims Bar Date: | 07/13/17 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 7526 S. Prairie, Chicago, IL | 0.00 | 0.00 | | 0.00 | FA |
| 2. 33 W. 81st, Chicago, IL | 0.00 | 0.00 | | 0.00 | FA |
| 3. 1254 S. 80th St., Mesa, AZ | 0.00 | 110,000.00 | | 38,000.00 | FA |
| 4. Checking Account - Bank of America | 400.00 | 0.00 | | 0.00 | FA |
| 5. HOUSEHOLD FURNISHINGS | 600.00 | 0.00 | | 0.00 | FA |
| 6. Clothing | 1,000.00 | 200.00 | | 0.00 | FA |
| 7. Whole Life Policy | 15,000.00 | 0.00 | | 0.00 | FA |
| 8. Term Life Policy | 18,000.00 | 0.00 | | 0.00 | FA |
| 9. IRA | 67,000.00 | 0.00 | | 0.00 | FA |
| 10. 2011 Chrysler 200 Sedan | 3,500.00 | 0.00 | | 0.00 | FA |
| 11. 2002 Toyota Solara | 800.00 | 2,200.00 | | 0.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $106,300.00 | $112,400.00 | | $38,000.00 | $0.00 |
|---|---|---|---|---|---|

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Marketing and sale of Arizona real estate.

Initial Projected Date of Final Report (TFR): 03/31/18        Current Projected Date of Final Report (TFR): 03/31/18

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit 9

Case No:          17-05752  -TAB
Case Name:     WITHERSPOON, WYNNETTE L

Trustee Name:              Phillip D. Levey
Bank Name:                 ASSOCIATED BANK
Account Number / CD #:     *******5257  Checking Account (Non-Interest Earn

Taxpayer ID No:  *******1626
For Period Ending:  03/18/18

Blanket Bond (per case limit):  $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 09/03/17 | 3 | Wynnette L. Witherspoon | Sale of Real Estate | 1110-000 | 38,000.00 | | 38,000.00 |
| 01/29/18 | 010001 | Phillip D. Levey 2722 North Racine Avenue Chicago, IL  60614 | Trustee Compensation | 2100-000 | | 4,469.71 | 33,530.29 |
| 01/29/18 | 010002 | Phillip D. Levey 2722 North Racine Avenue Chicago, IL  60614 | Trustee Expenses | 2200-000 | | 78.30 | 33,451.99 |
| 01/29/18 | 010003 | Phillip D. Levey 2722 North Racine Avenue Chicago, IL | Attorney for Trustee Fees (Trustee | 3110-000 | | 6,165.00 | 27,286.99 |
| 01/29/18 | 010004 | BMW Financial Services NA, LLC P.O. Box 165028 Irving TX 75016 | Claim 000001, Payment 100.61263% (1-1) Modified on 5/3/17 to correct creditor's address (MO) | | | 13,685.30 | 13,601.69 |
| | | | Claim            13,601.97 | 7100-000 | | | |
| | | | Interest             83.33 | 7990-000 | | | |
| 01/29/18 | 010005 | American Express Centurion Bank c/o Becket and Lee LLP PO Box 3001 Malvern PA 19355-0701 | Claim 000006, Payment 100.61254% | | | 12,793.83 | 807.86 |
| | | | Claim            12,715.94 | 7100-900 | | | |
| | | | Interest             77.89 | 7990-000 | | | |
| 01/29/18 | 010006 | WYNNETTE L WITHERSPOON CHICAGO, IL  60619 | Surplus Funds | | | 807.86 | 0.00 |
| | | | Claim              802.94 | 8200-002 | | | |
| | | | Interest              4.92 | 7990-000 | | | |

Page Subtotals          38,000.00          38,000.00

Ver: 20.00g

FORM 2                                                                                                              Page:   2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 17-05752 -TAB | Trustee Name: | Phillip D. Levey |
| Case Name: | WITHERSPOON, WYNNETTE L | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******5257  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******1626 | | |
| For Period Ending: | 03/18/18 | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| | COLUMN TOTALS | | 38,000.00 | 38,000.00 | 0.00 |
| | Less:  Bank Transfers/CD's | | 0.00 | 0.00 | |
| | Subtotal | | 38,000.00 | 38,000.00 | |
| | Less:  Payments to Debtors | | | 807.86 | |
| | Net | | 38,000.00 | 37,192.14 | |

* Reversed
t Funds Transfer

| | | | |
|---|---|---|---|
| | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| TOTAL - ALL ACCOUNTS | | | | |
| Checking Account (Non-Interest Earn - *******5257 | 38,000.00 | 37,192.14 | 0.00 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 38,000.00 | 37,192.14 | 0.00 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals                              0.00                    0.00